IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CSM FORECLOSURE TRUSTEE, CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>MARY ANN LAWRENCE,<br>ASHLEY NANNEY,<br>EVERBANK,<br>AMERICAN EXPRESS BANK, FSB,<br>UNITED STATES OF AMERICA, AND<br>UNKNOWN HEIRS AND LEGATEES OF DIANE CLINE<br><br>Defendants. | Case No. 26-1570<br><br>(formerly Case No. 26SL-CC05623 in the Circuit Court of Saint Louis County, Missouri) |

**NOTICE OF REMOVAL**

The United States removes the above-captioned action to this Court under 28 U.S.C. §§ 1442 and 1444 and gives notice as required by 28 U.S.C. § 1446(a).

1. On August 12, 2026, Plaintiff CSM Foreclosure Trustee Corporation filed this civil action in the Circuit Court of St. Louis County, Missouri, under the case number 26SL-CC05623.

2. In this interpleader action, Plaintiff seeks to determine the interest of various parties who may have a claim to $126,192.73 (the "Remaining Funds") remaining from Plaintiff's foreclosure sale of a property located at 9738 Crestwick Dr., St. Louis, MO 63128 (the "Crestwick Property"). The Crestwick Property was owned by Diane Cline, now deceased.

3. Among the Defendants in the interpleader action are the United States and Mary Ann Lawrence. Plaintiff appears to believe, and preliminary research by the United States suggests, that Mary Ann Lawrence may be an heir of Ms. Cline. Thus, Ms. Lawrence has a potential interest in the Crestwick Property.

4. Ms. Lawrence has significant income tax debt for tax years 2016–2018, for which Notices of Federal Tax Liens (NFTLs) have been recorded in St. Louis County. Ms. Lawrence also has a significant income tax debt for tax year 2014. In total, Ms. Lawrence has approximately $254,061.90 in outstanding federal tax liability.

5. If Ms. Lawrence has an interest in the Crestwick Property, the United States' federal tax liens attach to her interest. Accordingly, the United States has a potential interest in the Crestwick Property.

6. An interpleader action with respect to real property on which the United States has or claims a mortgage or other lien is governed by 28 U.S.C. § 2410(a)(5).

7. The United States may remove any action brought under 28 U.S.C. § 2410 to the district court of the United States for the district and division in which the action is pending. 28 U.S.C. § 1444.

8. Because Plaintiff's interpleader action against the United States is governed by 28 U.S.C. § 2410(a)(5), removal is proper under 28 U.S.C. § 1444. Further, venue is proper in the Eastern District of Missouri, Eastern Division, because this case was originally brought in St. Louis County, Missouri.

9. In addition, removal is also authorized under 28 U.S.C. § 1442(a)(1), which permits removal of actions against the United States concerning acts under the authority for "the collection of the revenue."

10. As required by 28 U.S.C. § 1446(a), the United States attaches a copy of all pleadings filed or served in the state court. Exhibit 1; *see also* Petition (attached as Exhibit 2); Answer of Ashley Nanney (attached as Exhibit 3). There are no pending motions in the state court.

11. The United States will concurrently file and serve a copy of this Notice of Removal in the Circuit Court of St. Louis County, Missouri, as required by 28 U.S.C. § 1446(d).

WHEREFORE, the United States removes the civil action in Case No. 26SL-CC05623 from the Circuit Court of St. Louis County, Missouri, to this Court.

Dated: October 1, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

/s/ Parker Kempin
PARKER J. KEMPIN
Trial Attorney
United States Department of Justice
Civil Division, Tax Litigation Branch
P.O. Box 7238
Washington, D.C. 20044
Direct Line: 202-307-6436
Fax No. 202-514-6770
Parker.Kempin@usdoj.gov
56602(CO)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, a true and correct copy of the United States' Notice of Removal was filed with the Court via the CM/ECF system and that I caused a copy to be sent via U.S. mail to:

TARA LYNN JENSEN
222 South Central Avenue, Suite 800
St. Louis, MO 63105
*Attorney for Plaintiff CSM Foreclosure Trustee Corporation*

MARY ANN LAWRENCE
701 N. 1st Street, Apt 4A
St. Louis, MO 63102
*Defendant*

ROBERT R. TITUS
Titus Law Firm, LLC
7304 W. 130th Street, Suite 190
Overland Park, KS 66213
*Attorney for Defendant Ashley Nanney*

EVERBANK
301 W. Bay St
Jacksonville, FL 32202
*Defendant*

AMERICAN EXPRESS BANK, FSB
4315 South, 2700 West
Salt Lake City, UT 84184
*Defendant*

UNKNOWN HEIRS AND LEGATEES OF DIANE CLINE
9738 Crestwick Dr.
St. Louis, MO 63128
*Defendants*

/s/ Parker Kempin
PARKER J. KEMPIN
Trial Attorney
Civil Division, Tax Litigation Branch
United States Department of Justice